UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| MICHAEL R. SCHRAMM and LITTLE KIDS, INC., Plaintiffs | : | |
| v. | : | C.A. No. 08-130 |
| TOY INVESTMENTS INC. d/b/a TOYSMITH, THE TOYSMITH GROUP Defendant | : | Jury Trial Demanded |

AFFIDAVIT

I, ROBERT D. FINE, of Providence, Rhode Island, on oath depose and state as follows:

1. I am the attorney for Plaintiffs, Michael R. Schramm and Little Kids, Inc., in the above-entitled matter, and I am a member of the bar of the State of Rhode Island.

2. I caused to be mailed by certified mail, a Summons and Complaint to: Defendant Toy Investments, Inc., 5110 Frontage Road, Auburn, MA 98001 Attention William R. Smith, agent for service, on April 11, 2003. The Summons and Complaint were received by Defendant on April 14, 2008. A copy of the certified mail receipt is attached. Defendant, through William R. Smith, has contacted me to acknowledge receipt of the summons and complaint so I can attest that Defendant is aware of the pendency of this claim.

Robert D. Fine, Attorney for Plaintiffs

STATE OF RHODE ISLAND
COUNTY OF PROVIDENCE

Subscribed to and sworn before me as to the truth of the above facts by Robert D. Fine, Esq., in Providence, Rhode Island, this 22nd day of April, 2008.

Wendy A. Weiss
Notary Public

U.S. Postal Service™
CERTIFIED MAIL™ RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

APR 11 2008
PROVIDENCE RI ANNEX STA 02903

7006 0100 0000 1570 9570

Sent To
William R. Smith
Street, Apt. No.; or PO Box No.
5110 Frontage Road
City, State, ZIP+4
Auburn, WA 98001

PS Form 3800, June 2002 See Reverse for Instructions

SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Mr. William R. Smith
Toy Investments, Inc.
5110 Frontage Road
Auburn, WA 98001

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X [signature] ☐ Agent ☐ Addressee

B. Received by (Printed Name) L DeVonine
C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label) 7006 0100 0000 1570 9570

PS Form 3811, February 2004 Domestic Return Receipt 102595-02-M-1540