UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

MICHAEL R. SCHRAMM and LITTLE KIDS, INC.
Plaintiff(s)

v.

Dkt. No. 08-130 ML

TOY INVESTMENTS, INC.
d/b/a Toysmith, The Toysmith Group
Defendant(s)

## MOTION FOR ADMISSION PRO HAC VICE

Plaintiffs XXXXXXXXX Schramm and Little Kids, Inc. hereby moveX that James J. Foster be admitted PRO HAC VICE in the above case as counsel with local counsel identified below.

Michael R. Schramm & Little Kids, Inc.
(Plaintiff/Defendant)

By: Robert D. Fine
Bar ID No.: 2447
Address: 1 Park Row, Ste. 300
Providence, RI 02903

DATED: June 17, 2008

## ATTORNEY'S CERTIFICATION FOR PRO HAC VICE ADMISSION

I hereby certify as follows:

(1) I am a member in good standing of the bar of the State(s) of Massachusetts and New York and of the following Federal District Court and/or Court of Appeals Bar(s) See attached, and my eligibility to practice before those courts has not been restricted in any way.

(2) I have never been disciplined or sanctioned by any court or other body having disciplinary authority over attorneys; there are no disciplinary proceedings pending against me at this time; and I have never had my *pro hac vice* status revoked by any court. (If applicant has been sanctioned, disciplined or had any *pro hac vice* status revoked, please provide a full explanation.)

(3) I have never been convicted of any crime other than minor traffic offenses. (If applicant has been convicted, please provide full explanation.)

(4) Except as listed below, I have not been admitted or applied to be admitted *pro hac vice* in any case in this District during the past 12 months. (If you have appeared or applied for *pro hac vice* admission during the past 12 months, please provide the date(s), case name(s) and name(s) of the judge(s) who presided). Although not in past 12 months, I applied for admission on behalf of these plaintiffs in Schramm and Little Kids, Inc. v. Imperial Toy Corporation, C.A. 06-506S on March 23, 2007.

(5) I understand my obligation to notify this Court immediately of any changed circumstances that affect my answers to the preceding questions.

(6) I have read, acknowledge, and agree to observe and to be bound by the local rules and orders of this Court, including the Rules of Professional Conduct of the Rhode Island Supreme Court, as adopted by this Court as the standard of conduct for all attorneys appearing before it.

(7) For purposes of this case I have associated with local counsel identified below, and have read, acknowledge, and will observe the requirements of this Court respecting the participation of local counsel, as set out in LR Gen 204, recognizing that failure to do so may result in my being disqualified, either upon the Court's motion or motion of other parties in the case.

Signature of *Pro Hac Vice* Applicant

James J. Foster — MA #553285
Print Name — State Bar ID #

Wolf Greenfield
Firm Name

600 Atlantic Avenue
Boston, MA 02210
Business Address

617-646-8000 — 617-646-8646
Tel. # — Fax #

I certify that I have read and join in the foregoing motion, and acknowledge and agree to observe the requirements of LR Gen 204 in its entirety and as it relates to the participation and responsibilities of local counsel.

Signature of Local Counsel

ROBERT D. FINE — 2447
Print Name — R.I. Bar ID #

CHACE RUTTENBERG & FREEDMAN
Firm and Business Address
1 PARK ROW SUITE 300
PROVIDENCE
RI 02903
Tel. # 453-6400 Fax # 453-6411

---

ORDER

This motion is hereby ______________________

______________________
District Judge

Date:

Current bar memberships and date of admission:

| | |
|---|---|
| Massachusetts State Bar | 02/17/89 |
| New York State Bar | 02/22/71 |
| U.S. Court of Appeals 1st Circuit | 09/07/94 |
| U.S. Court of Appeals 2nd Circuit | 10/06/72 |
| U.S. Court of Appeals 4th Circuit | 08/15/91 |
| U.S. Court of Appeals 7th Circuit | 10/03/97 |
| U.S. Court of Appeals 8th Circuit | 06/08/84 |
| U.S. Court of Appeals Federal Circuit | 07/12/89 |
| U.S. District Court New York – Southern District | 03/16/72 |
| U.S. District Court New York – Eastern District | 03/22/72 |
| U.S. District Court New York – Northern District | 09/30/85 |
| U.S. District Court New York – Western District | 02/12/01 |
| U.S. District Court California – Northern District | 04/20/88 |
| U.S. District Court Illinois – Northern District | 06/17/92 |
| U.S. District Court Mississippi – Northern District | 09/04/92 |
| U.S. District Court Wisconsin –Western District | 01/22/93 |
| U.S. District Court Texas – Eastern District | 01/27/93 |
| U.S. District Court Texas – Southern District | 10/29/98 |
| U.S. District Court Montana | 02/15/95 |
| U.S. District Court Pennsylvania – Western District | 03/26/99 |
| U.S. District Court Colorado | 01/03/01 |
| U.S. District Court Massachusetts | 05/25/89 |