UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| MICHAEL R. SCHRAMM and<br>LITTLE KIDS, INC.<br>Plaintiffs<br><br>-V-<br><br>TOY INVESTMENTS, INC. D/B/A<br>TOYSMITH, THE TOYSMITH GROUP<br>Defendant | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | C.A. No. 08-130 ML |

## MOTION TO CONSOLIDATE

Now come the plaintiffs in the above-entitled matter and move to consolidate the case captioned Michael R. Schramm and Little Kids, Inc. v. Placo Toys Incorporated, 08-131 S, with the above-entitled matter. The cases are similar, both involving U.S. Patent No. RE39,443, owned by plaintiff Schramm, and allegations that the defendant in each case infringed plaintiffs' patent. The later case also contains a count for declaratory judgment.

Plaintiffs' counsel recently has been advised that the defendants in the two actions will be represented by the same counsel and, by reason of an indemnification agreement, one defendant will be responsible for the defense of both actions. Plaintiffs' counsel was further advised that the accused defendants' products in both cases were made by the same defendant.

Plaintiffs' counsel believes that these matters are now related to the extent that consolidation is appropriate.

WHEREFORE, plaintiffs pray that their motion to consolidate be granted and that the two cases be consolidated to the earlier filed case, the instant action.

Granted. Mary M. Lisi USDJ 6/18/08

MICHAEL R. SCHRAMM AND

LITTLE KIDS, INC.

By their attorneys,

Robert D. Fine, Esq. (#2447)
Chace Ruttenberg & Freedman, LLP
One Park Row, Suite 300
Providence, RI 02903
Phone: (401) 453-6400
E-mail: rfine@crfllp.com