(Effective 3/17/2008)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT COURT OF RHODE ISLAND

MICHAEL R. SCHRAMM and LITTLE KIDS, INC.
Plaintiff(s)

v. Dkt. No. 08-130ML

TOY INVESTMENTS, INC. d/b/a Toysmith, The Toysmith Group
Defendant(s)

## MOTION FOR ADMISSION PRO HAC VICE

Plaintiff/XXXXXXXX Michael R. Schramm and Little Kids, Inc hereby moves that James J. Foster be admitted PRO HAC VICE in the above case as counsel with local counsel identified below.

[signature]
Signature of Pro Hac Vice Applicant

I hereby certify that I have reviewed the Application for Pro Hac Vice Admission that is being submitted with the application fee, and I join in the foregoing motion. I acknowledge and agree to observe the requirements of LR Gen 204 in its entirety and as it relates to the participation and responsibilities of local counsel.

[signature]
Signature of Local Counsel

Robert D. Fine
Print Name

CHACE RUTTENBERG & FREEDMAN, LLP
Firm and Business Address

One Park Row, Suite 300

Providence, RI 02903

RI Bar ID # 2447

Email: rfine@crfllp.com

Tel. # 401-453-6400

Fax # 401-453-6411

## ORDER

This motion is hereby _____ GRANTED _____ DENIED

District Judge

Date