UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

MICHAEL R. SCHRAMM and
LITTLE KIDS, INC.
Plaintiffs

v. C.A. No. 08-130ML

TOY INVESTMENTS, INC. D/B/A
TOYSMITH, THE TOYSMITH GROUP
Defendant

CONSENT JUDGMENT

In the above-entitled matter, the parties have stipulated to entry of the following judgment:

1. Judgment shall enter in accordance with the Settlement Agreement between the parties dated July, 2008 and all parties shall comply with all provisions of it.

2. This Court shall retain jurisdiction of this matter to enforce the terms of the Settlement Agreement.

3. Each party shall bear its or his own costs and fees.

SO ORDERED:

Mary M. Lisi

The Hon. Mary M. Lisi, U.S.D.J.
Dated: July 10, 2008

MICHAEL R. SCHRAMM and
LITTLE KIDS, INC.

By their attorneys,

/s/ Robert D. Fine

Robert D. Fine, Esq. (#2447)
Chace Ruttenberg & Freedman, LLP
One Park Row, Suite 300
Providence, RI 02903
Phone: (401) 453-6400
Fax: (401) 453-6411
E-mail: rfine@crfllp.com

TOY INVESTMENTS, INC., d/b/a
TOYSMITH, THE TOYSMITH GROUP

By their attorneys,

/s/ John J. Ryan

John J. Ryan, Esq.
Toysmith
5110 Frontage Road
Auburn, WA 98001
Phone: (253) 859-4343
Fax: (253) 859-2774
E-mail: johnr@toysmith.com